Charles D. Newton
25000 Euclid Avenue Suite 305 #1215
Euclid, Ohio 44117
Phone | 216-598-2896 – Email: sirnewtonmp@gmail.com

# NORTHERN DISTRICT COURT OF THE STATE OF OHIO

## FOR THE COUNTY OF CUYAHOGA

| | |
|---|---|
| CHARLES D. NEWTON | Case No.: 1:24CV00027 |
| Plaintiff | |
| vs. | Judge: **HON J. PHILIP CALABRESE** |
| KIMBERLY KARDASHIAN ET AL. | MAGISTRATE JUDGE JENNIFER DOWDELL-ARMSTRONG |
| Defendants | |

**MOTION FOR PLAINTIFF'S REQUEST FOR**

**INITIAL CASE MANAGEMENT DATE**

MOTION FOR PLAINTIFF'S REQUEST FOR INITIAL CASE MANAGEMENT DATE - 1

Pursuant to Rule 26(f), the Court is requested to set an INITIAL CASE MANAGEMENT date by Zoom on **September 30, 2024, at 11:00 am, Eastern Standard Time**.

The plaintiff/litigator has initiated disclosures with the counselors for the defendants pursuant to FRCP 26: Duty to Disclose. (See Exhibits herein)

A "Zoom Discovery Conference" is scheduled for September 21, 2024, at 11:00 am EST.

- Plaintiff's draft PRELIMINARY Rule 26(f) Report of Parties submitted to counselors
- A "Rule 26 Duty to Disclose Document" with third-party witnesses/deponents submitted to counselors
- An initial "Disclosure Table List" submitted to counselors.
- A link and chart: GOOGLE DRIVE OF ESI: Newton v Kardashian et al.

The Court's gracious response to this requested motion will greatly facilitate advancing toward depositions of third-party witnesses. All in the interest of speedy justice.

**Rule 26. Duty to Disclose; General Provisions Governing Discovery**

**INITIAL DISCLOSURES TABLE**

| Name or Document | Timeline or Date | Source | Comment |
|---|---|---|---|
| Kimberly Kardashian | June 2022-July 18, 2023 | Social media (Instagram) | Most contain her in the image ESI-Zip files- jpg format-Google Drive |
| Kris Jenner | March 2023 | Social media (Instagram) | Most contain her in the image ESI-Zip files- jpg format-Google Drive |
| Kylie Jenner | March 2022-July 2023 | Social media (Instagram) | Most contain her in the image ESI-Zip files- jpg format-Google Drive |
| Kourtney Kardashian-Barker | June 2020-March 2023 | Social media (Instagram) | Most contain her in the image ESI-Zip files- jpg format-Google Drive |
| Khloe Kardashian | June 2023 | Social media (Instagram) | Most contain her in the image ESI-Zip files- jpg format-Google Drive |
| Kendall Jenner | August 2022 | Social media (Instagram) | Most contain her in the image ESI-Zip files- jpg format-Google Drive |
| Kanye West, aka Ye | APPL ENTRY FOR DEFAULT: July 24, 2024 | Social media (Instagram) | Most contain him in the image ESI-Zip files- jpg format-Google Drive |
| Halle Berry | May 2023-September 2024 | Social media (Instagram) | Most contain her in the image ESI-Zip files- jpg format-Google Drive |
| Shawn Carter, aka Jay Z | June 2023-Present | Social media (Instagram) | Most contain him in the image ESI-Zip files- jpg format-Google Drive |
| Beyonce Knowles-Carter | May 2023-Present | Social media (Instagram) Online publications | Most contain her in the image ESI-Zip files- jpg format-Google Drive |
| Jeffrey B. Hayden – Fisherman | April 29, 2023, 3:30 am | Cleveland Metroparks Police | Fisherman's Statement – Discovered TLC – JPG file of single page |
| Charles D. Newton | December 2017 – Present | Social media (Instagram) | ESI-Zip files- jpg format-Google Drive |
| Charles D. Newton/ ECPD | July 15, 2023 | East Cleveland Police Department | Voluntary Statement JPG file of single page |
| Charles D. Newton/ CMP Police | July 18, 2023 | Cleveland Metroparks Police | Video evidence presented to detectives – later "purged" or deleted by CMP Police Letter: January 30, 2024, to CDN |
| KUWTK | August 2011 | KUWTK | Video of the infamous episode: "Kim, people are dying." - Kourtney Kardashian |

3

EXHIBIT A

Initial Disclosures Table

MOTION FOR PLAINTIFF'S REQUEST FOR INITIAL CASE MANAGEMENT DATE - 3



EXHIBIT B

Electronically Stored Information via Google Drive

MOTION FOR PLAINTIFF'S REQUEST FOR INITIAL CASE MANAGEMENT DATE - 4

1  September 10, 2024                  *Charles D. Newton*
2  DATE                           Respectfully submitted,
3                                 Charles D. Newton
                                  Plaintiff/Litigator/Pro Se

MOTION FOR PLAINTIFF'S REQUEST FOR INITIAL CASE MANAGEMENT DATE - 5